

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2019

No. 04-19-00100-CR

**IN RE** Eustorgio Guzman **RESENDEZ**

Original Mandamus Proceeding[1]

**ORDER**

On February 25, 2019, relator filed a petition for writ of mandamus. Because relator has received the relief requested in his petition, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 24, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 91-CR-43, styled *The State of Texas v. Eustorgio Guzman Resendez*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Baldemar Garza presiding.